DANIEL LAMEY, Respondent, v DAVID FOLEY et al., Defendants, and KAWASAKI MOTORS CORP. USA, Appellant. (Appeal No. 2.)—Order unanimously affirmed, without costs. Same opinion by Denman, P. J., as in *Lamey v Foley* (188 AD2d 157 [decided herewith]). Present—DENMAN, P. J., BOOMER, GREEN, BALIO and DAVIS, JJ.